IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Alonzo Marcus Felton, #301080, )
)
Petitioner, )
) Civil Action No. 8:12-1023-SB
v. )
)
South Carolina Department of ) **ORDER**
Corrections; State Classification, )
)
Respondents. )
)

This matter is before the Court upon Alonzo Marcus Felton's pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to Local Rule 73.02(B)(2)(a), this matter was referred to a United States Magistrate Judge for preliminary review.



On May 16, 2012, the Magistrate Judge issued a report and recommendation ("R&R") analyzing the issues and recommending that this action be dismissed without prejudice based on the Petitioner's failure to exhaust his state remedies. Attached to the Magistrate Judge's R&R was a notice advising the Petitioner that he may file specific, written objections to the R&R within fourteen days after being served with a copy. To date, no written objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because no objections have been filed, the Court need not conduct a de novo review of any portions of the R&R. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

**ORDERED** that the Petitioner's § 2254 petition is dismissed without prejudice.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

June **7**, 2012
Charleston, South Carolina

